**Order filed August 12, 2014**



In The

# Fourteenth Court of Appeals

———————

NO. 14-14-00564-CV

———————

**VINCENT ZAHORIK, Appellant**

**V.**

**METROPLITAN LIFE INSURANCE COMPANY, MOHSIN NOON, AMY CATCHING, AND SUZANNE WYZINSKI-SMITH, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-61851**

---

## O R D E R

The notice of appeal in this case was filed July 11, 2014.  To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed.  *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **August 27, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM